UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____
IN RE PRADAXA          )   MDL No. 2385
(DABIGATRAN ETEXILATE) )   3:12-md-02385-DRH-SCW
PRODUCTS LIABILITY     )   Judge David R. Herndon
LITIGATION             )
_____

This Document Relates to:

*Herbert Holmes v. Boehringer Ingelheim*
*Pharmaceuticlas, Inc. and Boehringer*
*Ingelheim International GmbH*
No. 3:13-cv-50335-DRH-SCW

ORDER GRANTING SUBSTITUTION

**HERNDON, Chief Judge:**

   Plaintiff Herbert Holmes, pursuant to F.R.C.P. 25(a), has filed a motion to substitute Charles Holmes for Plaintiff Herbert Holmes as a result of the death of Herbert Holmes. Charles Holmes, as the brother of decedent, was appointed as Administrator of the Estate of Herbert Holmes, on June 4, 2013, by the District Court of Taylor County, Kentucky.

The motion to substitute is **GRANTED**. Charles Holmes, as Representative of the Estate of Herbert Holmes, is hereby substituted in as Plaintiff for the Decedent Herbert Holmes.

**FURTHER**, The Court instructs the Clerk of the Court to revise the docket accordingly.

**SO ORDERED:**　　　　　　　　　　　　　　　David R. Herndon
　　　　　　　　　　　　　　　　　　　　　　　　2013.10.29
　　　　　　　　　　　　　　　　　　　　　　　　06:55:50
　　　　　　　　　　　　　　　　　　　　　　　　-05'00'

**Chief Judge**　　　　　　　　　　　　　　　　　Date:  October 29, 2013
**United States District Court**